FILED

AUG 14 2012

Clerk, U S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

OSCAR BLAIR McGRAW, )
)
Plaintiff, )
)
v. )  Civil Action No. 12-618
)
BRADLEY A. BLACKINGTON, *et al.*, )
)
Defendants. )

## MEMORANDUM OPINION

The Court has allowed the above-captioned action to be provisionally filed. Before the Court would consider the plaintiff's complaint and application to proceed *in forma pauperis*, the plaintiff was directed to submit a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined. 28 U.S.C. § 1915(a)(2). To date, the plaintiff has not submitted the required financial information. Accordingly, the Court will dismiss the complaint and this action. An Order accompanies this Memorandum Opinion.

_____
United States District Judge

DATE: 8/10/12